UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RELYAID GLOBAL HEALTHCARE, INC. et al.,<br><br>  Defendants. | No. 2:13-cv-1683-JAM-KJN<br><br>ORDER |

On September 13, 2013, plaintiffs General Electric Capital Corporation and GE Equipment Corporate Aircraft Trust 2012-1, LLC ("plaintiffs") filed a Motion To Expedite Discovery (ECF No. 23) as well as an Ex Parte Application For An Order Shortening Time to hear that motion (ECF Nos. 20-22) pursuant to Eastern District of California Local Rule 144(e). This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1).

IT IS HEREBY ORDERED THAT, to help ascertain the necessity of hearing the underlying discovery motion on shortened time, the undersigned will conduct a status conference in this matter as part of his law and motion calendar this Thursday, September 19, 2013, at 10:00 a.m., in Courtroom 25. Plaintiffs shall promptly give notice of this status conference to defendants and their counsel. Defendants should be prepared to briefly address whether they

1

intend to oppose plaintiffs' motion for expedited discovery (ECF No. 23) and why the parties have not been able to stipulate to an order shortening time for hearing that motion. The parties and/or their counsel may appear telephonically or in person. Parties intending to appear telephonically shall contact the undersigned's courtroom deputy, Matt Caspar, at 916-930-4187, by noon on September 18, 2013, in order to coordinate telephonic appearances.

IT IS SO ORDERED.

Dated: September 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2