UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RELYAID GLOBAL HEALTHCARE, INC. et al.,<br><br>Defendants. | No. 2:13-cv-01683-JAM-KJN<br><br><br>ORDER |

On September 13, 2013, plaintiffs General Electric Capital Corporation and GE Equipment Corporate Aircraft Trust 2012-1, LLC ("plaintiffs") filed a Motion To Expedite Discovery (ECF No. 23) and an Ex Parte Application For An Order Shortening Time to hear that motion (ECF Nos. 20-22) pursuant to Eastern District of California Local Rule 144(e). This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1).

The court ordered that, to help ascertain the necessity of hearing the underlying discovery motion on shortened time, a status conference would be conducted as part of his law and motion calendar this Thursday, September 19, 2013, at 10:00 a.m., in Courtroom 25.  (ECF No. 31.)

The matter came on for hearing on September 19, 2013.  Attorney Jonathan Doolittle attended telephonically on behalf of plaintiffs.  While defendants have not yet formally appeared

1

in this action, attorney David Rishwain attended telephonically on behalf of defendants, and represented that he anticipated filing formal appearances on behalf of each of the defendants.

During the hearing, counsel for both parties represented that they had met and conferred further, and that defendants would agree to stipulate to plaintiff's requested expedited discovery so long as such discovery is limited in scope to the equipment purchased with loaned funds and any other use(s) of the loaned funds. However, the parties agreed the expedited discovery would *not* encompass the aircraft referenced in the operative pleading.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Before noon on Monday, September 23, 2013, the parties shall file their Stipulation Regarding Expedited Discovery and requesting that the motion for expedited discovery be vacated. If the parties are unable to come to an agreement regarding the terms of such Stipulation by that deadline, however, the parties shall file a statement indicating that no stipulation was reached. Thereafter, the court will set plaintiff's motion (ECF No. 23) for a hearing and will establish a briefing schedule.

2. As discussed on the record during the hearing, plaintiff's Application for an Order Shortening Time (ECF No. 19) is continued at this time. The court will reset the matter for a future hearing depending on whether the parties timely file the Stipulation described above herein.

IT IS SO ORDERED.

Dated: September 20, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE