UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California limited liability company; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual; and WESTERN BUILDING SPECIALTIES OF SACRAMENTO, a California corporation,<br><br>Defendants. | Case No.: 2:13-cv-01683-JAM-KJN<br><br>**STIPULATION ON PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO EXPEDITE DISCOVERY AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME**<br><br>Date:  September 19, 2013<br>Time:  10:00 a.m.<br>Place: Courtroom 25, 8th Flr.<br><br>Honorable John A. Mendez<br><br>Assigned to Magistrate Judge Kendall J. Newman<br><br>Compl. Filed: Aug. 15, 2013<br>Amended Compl. Filed:  Aug. 30, 2013<br>Trial Date: Not Yet Set |

**STIPULATION**

Plaintiff General Electric Capital Corporation's ("GECC") Motion to Expedite Discovery ("Discovery Motion") and its Ex Parte Application for Order Shortening Time ("Application") came on for hearing in the above-entitled Court in a status conference conducted on September 19, 2013. The defendants Relyaid Global Healthcare, Inc., International Manufacturing Group, Inc., DBS Air, LLC, Deepal S. Wannakuwatte, and Betsy K. Wannakuwatte (collectively, the "Defendants")

appeared through counsel.  The parties agreed to resolve the Discovery Motion and the Application, and GECC and the Defendants stipulate as follows:

    1. Upon entry of the order approving this stipulation, GECC may serve upon Defendant Relyaid Global Healthcare, Inc. appropriate interrogatories or document requests regarding transactions related to the acquisition and delivery of the Equipment (as defined in the Complaint) to which Defendant Relyaid Global Healthcare, Inc. shall respond and produce responsive documents within its possession, custody or control within five business days. The discovery requests may seek information and documents sufficient to allow GECC to identify the exact location of the shipping container in Long Beach, California where Equipment may be located.  Defendant Relyaid Global Healthcare, Inc. shall not object to or otherwise interfere with GECC's inspection of the Equipment. GECC's discovery requests pursuant hereto may include a request for a copy of the bill or bills of lading or other similar document which describes the Equipment located in the container and the cost of such Equipment.

    2. Upon entry of the order approving this stipulation, GECC may serve upon Defendant Relyaid Global Healthcare, Inc. appropriate interrogatories or document requests related to all sums advanced by GECC in Payment Request Form No. 01 and Payment Request Form No. 02 (as defined in the Complaint), including, without limitation, all documents in the possession, custody or control of the Defendants which document what each dollar advanced by GECC was used for, and the person, entity, or bank account each such dollar was disbursed to directly or indirectly. Defendant Relyaid Global Healthcare, Inc. shall respond to said requests and produce all responsive documents no later than fifteen days from receipt thereof.

    3. GECC shall have the right to serve immediately written discovery on, and if necessary depose, designated representatives of Western Building Specialties of Sacramento to seek production of documents, electronically stored information, or other tangible things relating to the Equipment or documenting the disposition of funds advanced to Western Building Specialties of Sacramento on behalf of GECC as described in the Complaint, subject to any and all legal rights Western Building Specialties of Sacramento may have in response to such discovery requests.

////

4. GECC shall have the right to serve immediately subpoenas on third parties and, if necessary, depose third parties having discoverable information relating to the disposition of funds advanced by GECC. Without limitation, GECC shall have the right to issue subpoenas pursuant to Federal Rule of Civil Procedure 45 to compel production of documents or attendance at depositions.

5. The Defendants shall use their best efforts to comply with the terms of this stipulation and shall cooperate with GECC to effectuate the provisions of this stipulation. The Court presiding in this matter shall retain jurisdiction to enforce the terms of this stipulation. Nothing herein shall be deemed to permit GECC to engage in early discovery concerning or relating to the Aircraft Loan Documents or Aircraft (as defined in the Complaint).

6. Upon Court approval of this stipulation, the Discovery Motion and the Application shall be dismissed as moot.

Dated: September 23, 2013        REED SMITH LLP

                                 By /s/ Jonathan R. Doolittle
                                    Jonathan R. Doolittle
                                    Farah Tabibkhoei
                                    Attorneys for Plaintiffs
                                    General Electric Capital Corporation and
                                    GE Equipment Corporate Aircraft Trust
                                    2012-1, LLC

Dated: September 23, 2013        RISHWAIN & RISHWAIN

                                 By /s/ David A. Rishwain
                                    David A. Rishwain
                                    Attorney for Defendants
                                    Relyaid Global Healthcare, Inc.,
                                    International Manufacturing Group, Inc.,
                                    DBS Air, LLC, Deepal S. Wannakuwatte,
                                    and Betsy K. Wannakuwatte

**IT IS SO ORDERED**.

Dated: September 24, 2013

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE