UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California corporation; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual, and WESTERN BUILDING SPECIALTIES OF SACRAMENTO, a California corporation,<br><br>Defendant. | No.: 2:13-cv-01683-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S TIME TO FILE A RESPONSE TO DEFENDANTS' COUNTER-CLAIMS**<br><br>Amended Compl. Filed: August 30, 2013<br>Trial Date:<br>Disc. Cut-Off:<br>Attached Documents:<br><br>Honorable John A. Mendez |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff General Electric Capital Corporation shall have up to and including December 19, 2013 within which to file a response to Defendants' Counter-Claims.

– 2 –

| | | |
|---|---|---|
| 1 | Dated: December ___, 2013 | RISHWAIN & RISHWAIN |
| 2 | | |
| 3 | | By /s/ David A. Rishwain |
| | | David A. Rishwain |
| 4 | | Attorney for Defendants |
| | | Relyaid Global Healthcare, Inc., |
| 5 | | International Manufacturing Group, Inc., |
| | | DBS Air, LLC, Deepal S. Wannakuwatte, |
| 6 | | and Betsy K. Wannakuwatte |
| 7 | Dated: December ___, 2013 | REED SMITH LLP |

By /s/ Jonathan R. Doolittle
Jonathan R. Doolittle
Farah Tabibkhoei
Attorneys for Plaintiffs
General Electric Capital Corporation and
GE Equipment Corporate Aircraft Trust
2012-1, LLC

**IT IS SO ORDERED**.

Dated: 12/4/2013                          /s/ John A. Mendez
                                          Honorable John A. Mendez
                                          United States District Court Judge