Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Farah Tabibkhoei (SBN 266312)
Email: ftabibkhoei@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for General Electric Capital Corporation, a Delaware Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California corporation; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual, and WESTERN BUILDING SPECIALTIES OF SACRAMENTO, a California corporation,<br><br>Defendant. | No.: 2:13-cv-01683-JAM-KJN<br><br>**STIPULATION AND ORDER GRANTING A TEMPORARY STAY OF ALL PROCEEDINGS**<br><br>Honorable John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, General Electric Capital Corporation (GECC") and defendants RelyAid Global Healthcare, Inc. ("RelyAid"), International Manufacturing Group, Inc. ("IMG"), and Deepal S. Wannakuwatte ("DSW," and together with RelyAid and IMG, the "Settling Defendants") and Western Building Specialties of Sacramento, Inc. ("WBSS"), that temporary stay of all proceedings in this action through April 15, 2014 be granted.  The Settling Defendants and GECC ("Settling Parties") respectfully request a stay on the ground that the Settling Parties reached a settlement and agreed on a timetable for the Settling Defendants to pay the sums claimed due by GECC on or before April 15, 2014. WBSS joins in this stipulation to confirm its consent to the requested stay.  As grounds for the relief requested, the stipulating parties state as follows:

1. GECC brought the above-referenced case in part against Settling Defendants relating to the debt owed by RelyAid to GECC.  Ultimately, the Settling Parties agreed to enter into a settlement agreement which GECC and the Settling Defendants have now signed (the "Settlement Agreement").

2. As provided in detail in the Settlement Agreement, the Settling Defendants agreed to pay a specific sum of money to GECC pursuant to an agreed payment schedule.  The Settlement Agreement provides for payment in full of the total amount due on or before April 15, 2014.

3. If the Settling Defendants pay the sums due in accordance with the payment schedule, GECC will dismiss its claims against the Settling Defendants and WBSS., the Settling Defendants will dismiss their counter-claims against GECC, and the Settling Defendants will dismiss the third-party complaint they filed against Key Equipment Finance, Inc. and Ferdinand Samson.  In other words, if the Settling Defendants pay the sums outlined in the Settlement Agreement, all claims in this litigation relating to the RelyAid indebtedness will be resolved completely.

4. The Settling Defendants agreed to execute a stipulated judgment in favor of GECC which will be held by GECC in escrow.  In the event that the Settling Defendants breach their obligations under the Settlement Agreement or any payment now due or due in the future pursuant to

the Settlement Agreement is not timely made, GECC will file the escrowed judgment and the Settling Parties consent to this Court immediately signing the judgment without any further notice or hearing.  If such an event occurs, GECC will be entitled to enforce the judgment and pursue its claims against WBSS. and the Settling Defendants will be entitled to pursue the counter-claims against GECC and the third party complaint they filed against Key Equipment Finance, Inc. and Ferdinand Samson.

5. Staying all proceedings in this case will preserve Court resources and limit further expenses for all parties, and if the settlement is consummated fully, the case as it relates to RelyAid's debt owed to GECC will be resolved fully.  WBSS joins in this stipulation to confirm its consent to entry of an order staying this case as provided in this stipulation and in the proposed order.

DATED:  December 18, 2013

REED SMITH LLP

By: /s/ Jonathan R. Doolittle
Jonathan R. Doolittle
Attorneys for General Electric Capital Corporation, a Delaware Corporation

Dated:  December 18, 2013

**RISHWAIN & RISHWAIN**

By /s/ David A. Rishwain
David A. Rishwain
Attorney for Defendants
RelyAid Global Healthcare, Inc., International Manufacturing Group, Inc. and Deepal S. Wannakuwatte

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Dated:  December 18, 2013                           **FLUETSCH & FLUETSCH**

By /s/ Michael Fluetsch
Michael Fluetsch
Attorney for Defendant
Western Building Specialties of
Sacramento, Inc

Upon consideration of the Stipulation filed by the Settling Parties,

**IT IS ORDERED THAT:**

1.The stipulation is approved.

2.Pursuant to the Settlement Agreement, the above-referenced case is stayed for all purposes through April 15, 2014, unless GECC earlier files a stipulated judgment which counsel to GECC is holding in escrow pursuant to the Settlement Agreement.  If the escrowed judgment is filed by GECC, the Settling Parties agreed that this Court will immediately sign the judgment without further notice or hearing, and the stay will be terminated upon the signed judgment being docketed.

3.Should the stay be terminated, this Court will schedule and convene a status conference at which time all stayed deadlines shall be reset by this Court.

4.If payment in full is made in accordance with the Settlement Agreement, GECC will inform the Court and file pleadings to effectuate the dismissal of all claims resolved by the Settlement Agreement.

DATED:  12/18/2013

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND ORDER GRANTING A TEMPORARY STAY OF PROCEEDINGS