UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California limited liability company; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual,<br><br>Defendants. | Case No.: 2:13-cv-01683-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF GE CORPORATE AIRCRAFT TRUST 2012-1, LLC'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS RENEWED MOTION FOR A WRIT OF POSSESSION AGAINST DBS AIR, LLC**<br><br>Honorable John A. Mendez<br><br>Assigned to Magistrate Judge Kendall J. Newman<br><br>Compl. Filed:           Aug. 15, 2013<br>Amended Compl. Filed:  Aug. 30, 2013<br>Trial Date:            Not Yet Set |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Presently before the Court is Plaintiff GE Equipment Corporate Aircraft Trust 2012-1, LLC's Ex Parte Application for An Order Shortening Time on Plaintiffs' Renewed Application for a Writ of Possession against DBS Air, LLC. Upon review of Plaintiff's Ex Parte Application, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's Ex Parte Application for An Order Shortening Time is GRANTED.

2. The undersigned shall hear Plaintiff's Renewed Application for a Writ of Possession against DBS Air, LLC (the "Application") on February 19, 2014, at 9:30 a.m., in Courtroom 6.

3. Any response to Plaintiff's Application shall be filed on or before February 12, 2014.

4. Any reply in support of Plaintiff's Application shall be filed on or before February 14, 2014.

IT IS SO ORDERED.

DATED: 2/4/2014          /s/ John A. Mendez_____
                         Honorable John A. Mendez
                         Judge of the United States District Court
                         Eastern District of California

**PROOF OF SERVICE**

*Re: General Electric Capital Corporation, et al. v. Relyaid Global Healthcare, Inc., et al.*
*United States District Court – Eastern District of California - Case No.: 2:13cv01683*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, California 94105-3589. On **February 3, 2014,** I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING PLAINTIFF GE CORPORATE AIRCRAFT TRUST 2012-1, LLC'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS RENEWED MOTION FOR A WRIT OF POSSESSION AGAINST DBS AIR, LLC**

☑   by transmitting electronically via the Court's CM/ECF electronic filing system to the parties appearing on the docket as listed below.

| | |
|---|---|
| Michael A. Bishop, Esq.<br>Matheny Sears Linkert & Jaime LLP<br>3638 American River Drive<br>Sacramento, CA 95864 | **Attorneys for Defendants**<br>**DBS Air, LLC; Key Equipment Financing;**<br>**and Ferdinand Samson**<br><br>**Attorneys for Defendants and Counter Claimants**<br>**Relyaid Global Healthcare, Inc.;**<br>**Betsy K. Wannakuwatte; and**<br>**Deepal S. Wannakuwatte**<br><br>Telephone:    916-978-3434 ex. 138<br>Facsimile:     916-978-3430<br>E-mail:          mbishop@mathenysears.com |
| Donald Herbert Heller, Esq.<br>Donald H. Heller<br>A Law Corporation<br>3638 American River Drive<br>Sacramento, CA 95864 | **Attorneys for Defendants**<br>**DBS Air, LLC; Key Equipment Financing;**<br>**and Ferdinand Samson**<br><br>**Attorneys for Defendants and Counter Claimants**<br><br>**International Manufacturing Group, Inc.;**<br>**Relyaid Global Healthcare, Inc.;**<br>**Betsy K. Wannakuwatte; and**<br>**Deepal S. Wannakuwatte**<br><br>Telephone:    916-974-3500<br>Facsimile:     916-520-3497<br>E-mail:          dheller@dhelleralaw.com |

/ / / / /

/ / / / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| David A. Rishwain, Esq.<br>Rishwain & Rishwain<br>2800 West March Lane, Suite 220<br>Stockton, CA  95219 | **Attorneys for Defendant**<br>**DBS Air, LLC**<br><br>**Attorneys for Defendant and Counter Claimant**<br>**Relyaid Global Healthcare, Inc.**<br><br>Telephone:    209-473-2800<br>Facsimile:<br>E-mail:           david@rishwain.com |
| Riley C. Walter, Esq.<br>Walter & Wilhelm Law Group<br>8305 N. Fresno St., Suite 410<br>Fresno, CA  93720 | **Attorneys for Defendant**<br>**DBS Air, LLC**<br><br>Telephone:    559-435-9800<br>Facsimile:     559-435-9868<br>E-mail:           ECF@w2lg.com |
| Michael A. Fluetsch, Esq.<br>Fluetsch and Fluetsch<br>115 W. Walnut St., Suite 3<br>Lodi, CA  95240 | **Attorneys for Defendant**<br>**Western Building Specialties of Sacramento**<br><br>Telephone:    209-367-8888<br>Facsimile:     209-367-8884<br>E-mail:           fluetsch@mac.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on **February 4, 2014**, at San Francisco, California.

_____
Tina Brennan

US_ACTIVE-116275579.1