1 | Jonathan R. Doolittle (SBN 290638)
Email:    jdoolittle@reedsmith.com
2 | REED SMITH LLP
101 Second Street
3 | Suite 1800
San Francisco, CA  94105-3659
4 | Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

5 |

6 | Farah Tabibkhoei (SBN 266312)
Email:    ftabibkhoei@reedsmith.com
REED SMITH LLP
7 | 355 South Grand Avenue
Suite 2900
8 | Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
9 | Facsimile: +1 213 457 8080

10 | Attorneys for GE Equipment Corporate Aircraft
Trust 2012-1, LLC, a Delaware Limited
11 | Liability Company

12 |

**FILED**

FEB 1 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California corporation; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual, and WESTERN BUILDING SPECIALTIES OF SACRAMENTO, a California corporation,<br><br>          Defendant. | No.: 2:13-cv-01683-JAM-KJN<br><br>[~~PROPOSED~~] *Jam* ORDER GRANTING REQUEST TO SEAL DOCUMENT<br><br>Date:          February 19, 2014<br>Time:          9:30 A.M.<br>Place:         Courtroom 6, 14th Fl.<br>Compl. Filed:  August 15, 2013<br><br>Honorable John A. Mendez<br><br>Assigned to Magistrate Judge Kendall J. Newman |

No.: 2:13-cv-01683-JAM-KJN              – 1 –              US_ACTIVE-116487720.1-JRDOOLIT 02/14/2014 2:05 PM

[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENT

1    Upon consideration of Plaintiff's Request to Seal Document and good cause appearing

2 therefore, it is hereby ordered that the Plaintiff's request is GRANTED.

3    The following documents shall be filed under seal:

4

5    •    Exhibit A to Plaintiff's Reply in Support of Its Renewed Application for Writ

6        of Possession Against DBS Air, LLC

7

8    DATED: 2-18-2014

9

10

11                              _____

12                              United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENT