UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California limited liability company; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual,<br><br>Defendants. | Case No.: 2:13-cv-01683-JAM-KJN<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC'S RENEWED APPLICATION FOR WRIT OF POSSESSION AGAINST DBS AIR, LLC<br><br>Date: March 12, 2014<br>(Ex parte Application to Shorten Time is pending. This motion will be re noticed if the Application to Shorten Time is granted)<br>Time: 9:30 a.m.<br>Place: Courtroom 6, 14th Fl.<br><br>Honorable John A. Mendez<br><br>Assigned to Magistrate Judge Kendall J. Newman<br><br>Compl. Filed:          Aug. 15, 2013<br>Amended Compl. Filed: Aug. 30, 2013<br>Trial Date:            Not Yet Set |

Case No.: 2:13-cv-01683-JAM-KJN          – 1 –

[PROPOSED] ORDER GRANTING PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S RENEWED APPLICATION FOR WRIT OF POSSESSION

[~~PROPOSED~~] *JAM* **ORDER**

Plaintiff GE Equipment Corporate Aircraft Trust 2012-1, LLC ("GE Equipment Corporate Aircraft Trust 2012-1") filed an Application for Writ of Possession against Defendant DBS Air, LLC ("Defendant" or "DBS Air, LLC"), which came on for hearing on _February 19_, 2014, at _9:30 a_.m.., in the above-entitled Court located at the Sacramento Division, 501 I Street, Sacramento, CA, 95814.  Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause shown,

**THE COURT MAKES THE FOLLOWING FINDINGS:**

1. Defendant has been properly served as required by California Code of Civil Procedure § 515.010.

2. GE Equipment Corporate Aircraft Trust 2012-1 has established the probable validity of its claim to the Aircraft, which consists of one Raytheon Aircraft Model No. B300; Serial No. FL-483; Registration No. N910BD; Engine make: Pratt & Whitney Canada; Model No. PT6A-60A; Serial Nos. PL0736 and PK0740; Propeller make: Hartzell Propeller, Inc.; Model No. HC-B4MP-3C; Serial Nos. FWA4302 and FWA4303, together with all other property essential and appropriate to the operation of the aircraft, including but not limited to all instruments, avionics, auxiliary power units, equipment, and accessories attached to, connected with, or related to the aircraft, and all logs, manuals, and other documents issued for, or reflecting use or maintenance of, the aircraft and, to the extent DBS Air, LLC is permitted to grant a security interest therein, all manufacturer's and supplier's warranties with respect to the foregoing and all rights and remedies (including rights under prepaid accounts or held in trust pursuant to any maintenance and servicing program).

3. The Aircraft, as detailed above, has an approximate fair market value of $3,000,000.00, based upon the best knowledge, information, and belief of GE Equipment Corporate Aircraft Trust 2012-1, and in the absence of an inspection and assuming that the Aircraft is functional for its intended purpose and in immediately salable condition.

/ / / / /

1    4.    As a result of Defendant DBS Air, LLC's default, Defendant is indebted to
2  GE Equipment Corporate Aircraft Trust 2012-1 in an amount not less than of $3,734,802.79, plus
3  accrued but unpaid interest at the default rate, accruing interest at the default rate, attorneys' fees
4  and any and all other costs and expenses due and owing under the Aircraft Security Agreement and
5  2006 Promissory Note (collectively, "Aircraft Loan Documents").

6    5.    GE Equipment Corporate Aircraft Trust 2012-1 has not filed an undertaking.

7    6.    Pursuant to California Code of Civil Procedure section 515.010(b), an undertaking
8  [IS/IS NOT] *jam* required in this matter (in the amount of $ 3,000,000     ).

9    7.    There is probable cause to believe that the Aircraft is located at the following public
10 location: Lincoln Regional Airport, Placer County, California.

11   8.    Defendant acquired the Aircraft in the ordinary course of its trade or business for
12 commercial purposes, and the Aircraft is not necessary for the support of Defendant's employees or
13 officers, or any of their family members.

14   9.    The Aircraft has not been taken for a tax, assessment or fine and has not been seized
15 under an execution.

16   10.   The facts and documents incorporated by reference in the Declaration of Christopher
17 Waltrich support the conclusion that GE Equipment Corporate Aircraft Trust 2012-1 has the right to
18 take immediate possession of the Aircraft.

19

20 **IT IS HEREBY ORDERED that:**

21   1.    The clerk of this Court shall issue a writ of possession as provided in Federal Rules
22 of Civil Procedure 64 and California Code of Civil Procedure § 512.010 *et seq.*, directing the
23 levying officer within whose jurisdiction the property described above, or some part thereof, is
24 located, to seize such Aircraft and retain custody of it as provided by California Code of Civil
25 Procedure § 514.010-514.050.

26   2.    The writ shall issue forthwith.

27   3.    GE Equipment Corporate Aircraft Trust 2012-1 [IS/IS NOT] required to file an
28 undertaking.

Case No.: 2:13-cv-01683-JAM-KJN        – 3 –

[PROPOSED] ORDER GRANTING PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S RENEWED
APPLICATION FOR WRIT OF POSSESSION

1    4.    The Clerk of this Court shall attach a copy of this order to the writ.

2    5.    The levying officer may enter the following public place to take possession of the
3    Aircraft or some part thereof: Lincoln Regional Airport, Placer County, California.

4    6.    Defendant shall immediately transfer possession of the Aircraft to GE Equipment
5    Corporate Aircraft Trust 2012-1 no later than 5 business days from the date of this Order. Failure to
6    turn over possession of the Aircraft to GE Equipment Corporate Aircraft Trust 2012-1 may subject
7    Defendant to being held in contempt of Court.

8    7.    Defendant is prohibited from moving, selling, destroying, concealing, altering,
9    impairing, or otherwise harming the Aircraft.

DATED: February 19, 2014.

Honorable John A. Mendez
Judge of the United States District Court
Eastern District of California