


```
 1  Jonathan R. Doolittle (SBN 290638)
    Email:     jdoolittle@reedsmith.com
 2  REED SMITH LLP
    101 Second Street
 3  Suite 1800
    San Francisco, CA  94105-3659
 4  Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
 5
    Farah Tabibkhoei (SBN 266312)
 6  Email:     ftabibkhoei@reedsmith.com
    REED SMITH LLP
 7  355 South Grand Avenue
    Suite 2900
 8  Los Angeles, CA  90071-1514
    Telephone: +1 213 457 8000
 9  Facsimile: +1 213 457 8080

10  Attorneys for Plaintiffs GE Equipment
    Corporate Aircraft Trust 2012-1, LLC, a
11  Delaware Limited Liability Company, and
    General Electric Capital Corporation, a
12  Delaware corporation
```

**FILED**

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; GE EQUIPMENT CORPORATE AIRCRAFT TRUST 2012-1, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RELYAID GLOBAL HEALTHCARE, INC., a California corporation; INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation; DBS AIR, LLC, a California corporation; DEEPAL S. WANNAKUWATTE, an individual; BETSY K. WANNAKUWATTE, an individual, and WESTERN BUILDING SPECIALTIES OF SACRAMENTO, a California corporation,<br><br>Defendant. | No.: 2:13-cv-01683-JAM-KJN<br><br>**STIPULATED JUDGMENT AGAINST RELYAID GLOBAL HEALTHCARE, INC., INTERNATIONAL MANUFACTURING GROUP, INC., AND DEEPAL S. WANNAKUWATTE**<br><br>Honorable John A. Mendez<br><br>Assigned to Magistrate Judge Kendall J. Newman<br><br>Compl. Filed: Aug. 15, 2013<br>Amended Compl Filed: August 30, 2013<br>Trial Date: Not Yet Set |

– 1 –

US_ACTIVE-115540553

VERIFIED CONFESSION OF JUDGMENT AND CERTIFICATE OF ATTORNEY IN SUPPORT THEREOF

# JUDGMENT

**IT IS HEREBY ADJUDGED AND DECREED** that judgment shall be entered in favor of General Electric Capital Corporation and against RelyAid Global Healthcare, Inc., International Manufacturing Group, Inc., and Deepal S. Wannakuwatte, jointly and severally, in the amount of Four Million, Five Hundred Seventy Two Thousand Eight Hundred Two Dollars and Sixty Three Cents ($4,572,802.63), plus interest at the rate of Eighteen percent (18%), from December 1, 2012 until paid, plus professional fees and costs incurred in collection proceedings. The judgment amount shall be reduced by any payments made and credited to the judgment amount in the manner specified in the Loan Documents (as that term is defined in the settlement agreement signed by the settling parties).

DATED: March 25, 2014

Honorable John A. Mendez
United States District Court Judge

**SEEN AND AGREED TO:**

**BORROWER:**  RELYAID GLOBAL HEALTHCARE, INC.

By: _____
Deepal S. Wannakuwatte
Title: President

**GUARANTORS:**  INTERNATIONAL MANUFACTURING GROUP, INC.

By: _____
Deepal S. Wannakuwatte
Title: President

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEEPAL S. WANNAKUWATTE

By /s/ Deepal S. Wannakuwatte
Deepal S. Wannakuwatte

**AGREED TO AS TO FORM:**

Dated: 12-10-13

**RISHWAIN & RISHWAIN**

By /s/ David A. Rishwain
David A. Rishwain
Attorney for Defendants

Relyaid Global Healthcare, Inc.,
International Manufacturing Group, Inc.,
and Deepal S. Wannakuwatte,