UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, et al.<br><br>         Plaintiffs,<br><br>    v.<br><br>RELYAID GLOBAL HEALTHCARE, INC., et al.,<br><br>         Defendants. | No.  2:13-cv-1683-JAM-KJN<br><br>ORDER |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

IT IS SO ORDERED.

Dated:  May 20, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1